# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NANCY E. NASH,

    Petitioner,

vs.

JO GENTRY, *et al.*,

    Respondents.

2:16-cv-00901-JCM-NJK

**ORDER**

On October 12, 2016, this court entered an order and judgment dismissing this habeas corpus case as time-barred under 28 U.S.C. § 2244(d). ECF Nos. 9/10. Petitioner Nash did not file an appeal. She has, however, filed motions asking this court to order that she be released from custody and paid money she claims is owed to her. ECF Nos. 13/14. Neither motion states grounds upon which this court could order relief from its final judgment dismissing the case with prejudice. *See* Fed. R. Civ. P. 60(b).

IT IS THEREFORE ORDERED that petitioner's motions (ECF Nos. 13/14) are DENIED.

Dated January 31, 2018.

                                                                                     UNITED STATES DISTRICT JUDGE